BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
HEATHER S. PATRICCO, WASHINGTON, D.C., BAR NO. 465883
KASSANDRA MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANTS UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

DEC 11 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALVIN WILLIE GEORGE,<br><br>Defendant. | Case No. CR 19-0397-S BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2261A(2)(A) & (B) |

The Grand Jury charges:

### COUNT ONE

**Cyberstalking**
**18 U.S.C. § 2261A(2)(A) & (B)**

Between on or about November 30, 2016, through and including on or about December 31, 2017, in the District of Idaho, defendant, ALVIN WILLIE GEORGE, with the intent to harass and intimidate another person, K.H., used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed

**INDICTMENT** - 1

K.H. in reasonable fear of death and serious bodily injury to K.H., her immediate family members and spouse, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to K.H., in violation of Title 18, United States Code, Section 2261A(2)(A) & (B).

## COUNT TWO

### Cyberstalking
### 18 U.S.C. § 2261A(2)(A) & (B)

Between on or about November 30, 2016, through and including on or about December 31, 2017, in the District of Idaho, defendant, ALVIN WILLIE GEORGE, with the intent to harass and intimidate another person, M.S., used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed M.S. in reasonable fear of death and serious bodily injury to M.S. and her immediate family members, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to M.S., in violation of Title 18, United States Code, Section 2261A(2)(A) & (B).

## COUNT THREE

### Cyberstalking
### 18 U.S.C. § 2261A(2)(A) & (B)

Between on or about November 30, 2016, through and including on or about December 31, 2017, in the District of Idaho, defendant, ALVIN WILLIE GEORGE, with the intent to harass and intimidate another person, A.S., used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed

**INDICTMENT** - 2

A.S. in reasonable fear of death and serious bodily injury to A.S. and her immediate family members, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to A.S., in violation of Title 18, United States Code, Section 2261A(2)(A) & (B).

Dated this 10th day of December, 2019.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
HEATHER S. PATRICCO
ASSISTANT UNITED STATES ATTORNEY

_____
KASSANDRA MCGRADY
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 3