# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Alvin Willie George** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Dan Spriggs | INTERPRETER: No |
| Telephone No.: (208) 433-3542 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

CR 19-0397-S BLW

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 3 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. §§ 2261A(2)(A) & (B) | ONE THROUGH THREE | Cyberstalking | Up to 5 years imprisonment, up to 3 years supervised release, $250,000 fine, $100 Special Assessment |

Date: 10 December 2019

Assistant U.S. Attorney: HEATHER S. PATRICCO
KASSANDRA MCGRADY
Telephone No.: (208) 334-1211

U.S. COURTS

DEC 11 2019

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO